BOARD OF MANAGERS OF THE JERSEY CITY MEDICAL CENTER v. S. JOHN DEL MONTE.

January 29, 1976. Cross-petition for certification denied.

ABRAHAM SOMMER v. JAMES A. KRIDEL, JR.

January 29, 1976. Petition for certification granted.

PEOPLES NATIONAL BANK OF NEW JERSEY v. RICHARD F. SCHAUB, COMMISSIONER OF BANKING OF THE STATE OF NEW JERSEY.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID M. CHUMICK.

January 29, 1976. Petition for certification denied.

WEST ORANGE LICENSED BEVERAGE ASSOCIATION v. BOARD OF ALCOHOLIC BEVERAGE CONTROL OF THE TOWN OF WEST ORANGE.

January 29, 1976. Petition for certification denied. (See 135 *N. J. Super.* 387).